# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 17-1024-VBF (JEM) | Date | March 8, 2018 |
|---|---|---|---|
| Title | LEONARD ROBERT QUIROZ v NANCY A BERRYHILL | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S ORDER**

On March 8, 2018, Defendant filed "Defendant's Notice of Nondelivery" ("Notice") by Plaintiff of his portion of the Joint Stipulation. (Dkt. 22.) Plaintiff is directed to the Court's Case Management Order issued on February 22, 2017, that required plaintiff "to prepare and deliver to the AUSA a draft of plaintiff's portion of the Joint Stipulation." Service of said portion was extended on December 12, 2017 after Plaintiff failed to meet a prior deadline. (Dkt. 18, 21.) Plaintiff was granted an extension of time of 60 days until February 12, 2018. (Dkt. 22.) Plaintiff again failed to deliver his portion of the Joint Stipulation. (Dkt. 22.)

Accordingly, the Court ORDERS Plaintiff to show cause in writing on or before **March 23, 2018**, why this action should not be dismissed for lack of prosecution. The Order to Show Cause will be submitted upon the filing of plaintiff's response. Plaintiff is advised that failure to file a response to this Order to Show Cause may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

| | : | |
|---|---|---|
| | Initials of Preparer | slo |